1 **VICTOR S. HALTOM**
Attorney at Law
2 State Bar No. 155157
428 J Street, Suite 350
3 Sacramento, CA 95814
Telephone: (916) 444-8663
4 Facsimile: 444-1546
*e-mail: vshjah@aol.com*
5
Attorney for Petitioner
6 **KENNETH B. MOYER**

7

8              IN THE UNITED STATES DISTRICT COURT

9           IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | **KENNETH B. MOYER**,            )        CIV-S-03-1719 DFL GGH P
                                      )
13 |            Petitioner,            )        **ORDER**
                                      )
14 | v.                                )
                                      )
15 | **JOE McGRATH**, Warden, et al.,  )
                                      )
16 |            Respondents.           )
   _____  )
17

18         GOOD CAUSE APPEARING,

19         IT IS HEREBY ORDERED that Petitioner's application for an enlargement of

20 time until August 29, 2005 is granted.  On or before August 29, 2005, petitioner shall file

21 his traverse in this matter.

22

23 DATE: 8/22/05

24                                              /s/ Gregory G. Hollows
                                                _____
25                                              HON. GREGORY G. HOLLOWS
                                                United States Magistrate Judge
26

27 moy1719.eot(2)

28