**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: 444-1546
*e-mail: vshjah@aol.com*

Attorney for Petitioner
**KENNETH B. MOYER**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH B. MOYER**, | CIV-S-03-1719 DFL GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **JOE McGRATH**, Warden, et al., | |
| Respondents. | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Petitioner's application for an enlargement of time until September 13, 2005 is granted. On or before September 13, 2005, petitioner shall file his traverse in this matter.

DATE: 9/2/05

/s/ Gregory G. Hollows
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge

moy1719.eot(2)