1  **VICTOR S. HALTOM**
   Attorney at Law
2  State Bar No. 155157
   428 J Street, Suite 350
3  Sacramento, CA 95814
   Telephone: (916) 444-8663
4  Facsimile: 444-1546
   e-mail: vshjah@aol.com
5
   Attorney for Petitioner
6  **KENNETH B. MOYER**

7

8              IN THE UNITED STATES DISTRICT COURT

9          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | **KENNETH B. MOYER**,         )    CIV-S-03-1719 DFL GGH P
                                   )
13 |          Petitioner,          )    **ORDER**
                                   )
14 | v.                            )
                                   )
15 | **JOE McGRATH**, Warden, et al., )
                                   )
16 |          Respondents.         )
   | _____)

17

18       GOOD CAUSE APPEARING,

19       IT IS HEREBY ORDERED that Petitioner's application for an enlargement of

20 time until October 10, 2005 is granted.  On or before September 13, 2005, petitioner shall

21 file his traverse in this matter.

22 DATE: 9/22/05

                                        /s/ Gregory G. Hollows
23                                      _____
                                        HON. GREGORY G. HOLLOWS
24                                      United States Magistrate Judge

25

26

27

28