1 | **VICTOR S. HALTOM**
Attorney at Law
2 | State Bar No. 155157
428 J Street, Suite 350
3 | Sacramento, CA 95814
Telephone: (916) 444-8663
4 | Facsimile: 444-1546
*e-mail: vshjah@aol.com*
5
Attorney for Petitioner
6 | **KENNETH B. MOYER**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **KENNETH B. MOYER**, | ) | CIV-S-03-1719 DFL GGH P |
| Petitioner, | ) | **ORDER** |
| v. | ) | |
| **JOE McGRATH**, Warden, et al., | ) | |
| Respondents. | ) | |
| _____ | ) | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that Petitioner's application for an enlargement of time until November 1, 2005 is granted. On or before November 1, 2005, petitioner shall file his traverse in this matter. No further requests for extension of time will be granted.

DATE: 10/20/05

/s/ Gregory G. Hollows
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge

moy.eot9