1  **VICTOR S. HALTOM**
   Attorney at Law
2  State Bar No. 155157
   428 J Street, Suite 350
3  Sacramento, CA 95814
   Telephone: (916) 444-8663
4  Facsimile: 444-1546
   e-mail: vshjah@aol.com
5
   Attorney for Petitioner
6  **KENNETH B. MOYER**

7

8              IN THE UNITED STATES DISTRICT COURT

9          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 **KENNETH B. MOYER**,            )        CIV-S-03-1719 DFL GGH P
                                    )
13              Petitioner,         )        **ORDER**
                                    )
14 v.                               )
                                    )
15 **JOE McGRATH**, Warden, et al., )
                                    )
16              Respondents.        )
   _____  )
17

18         GOOD CAUSE APPEARING,

19         IT IS HEREBY ORDERED that Petitioner's application for an enlargement of

20 time until November 8, 2005 is granted.  On or before November 8, 2005, petitioner shall

21 file his traverse in this matter.

22 DATED: 11/7/05

                                             /s/ Gregory G. Hollows
23                                           _____
                                             HON. GREGORY G. HOLLOWS
24                                           United States Magistrate Judge

25

26

27

28