IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH R. MOYER,

    Petitioner,                    No. CIV S-03-1719 DFL GGH P

    vs.

JOE McGRATH, et al.,

    Respondents.              <u>ORDER</u>

         Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

         On May 10, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Respondent has filed objections to the findings and recommendations.

         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations as to the first and second attorneys' conduct to be supported by the record and by proper analysis. Respondents' objections raise an

1

issue, however, regarding the conduct of Moyer's third attorney. The findings and recommendations generally address the third attorney's failure to file a timely petition, but do not identify specific reasons for his nearly two-year period of inactivity. Moreover, the Superior Court should not be expected to track petitioner's progress in meeting filing deadlines. Given the third attorney's two-year delay, the petition's timeliness is a close question. After reviewing the record, the court finds the third attorney's conduct to be egregious given Moyer's repeated efforts to pursue his petition, including sending the attorney thirty-nine letters. The third attorney's egregious conduct in failing to file a timely petition tolls the statute of limitations until the filing of the amended petition. Therefore, the court DECLINES to adopt the portion of the magistrate judge's findings and recommendations discussing the third attorney's conduct. The court adopts the remainder of the May 10, 2006 findings and recommendations. Respondent's motion to dismiss on grounds that this action is barred by the statute of limitations, contained in the answer, is denied.

    IT IS SO ORDERED.

DATED: 9/28/2006

_____
DAVID F. LEVI
United States District Judge