IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH R. MOYER,

    Petitioner,                    No. CIV S-03-1719 DFL GGH P

    vs.

JOE McGRATH, et al.,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding through counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's October 3, 2006, application for permission to file a late traverse. Petitioner also filed a traverse on that date.

        The court granted petitioner nine requests for extensions of time to file a traverse. In the final order, the court directed petitioner to file a traverse on or before November 8, 2005. Petitioner still did not file a timely traverse. The court has since ordered briefing regarding the issue of equitable tolling, and denied respondent's motion to dismiss the petition on this ground. Nevertheless, petitioner has not shown good cause to grant his pending application.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner's October 3, 2006,
2  application for permission to file a late traverse is denied; petitioner's traverse filed October 3,
3  2006, is disregarded.
4  DATED: 11/7/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
moy1719.den