IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH R. MOYER,

    Petitioner,        No. CIV S-03-1719 RRB JFM P

    vs.

RICHARD J. KIRKLAND, et al.,[1]

    Respondent.        ORDER

         /

        Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 8, 2004, counsel lodged three volumes of exhibits in support of his amended petition. Exhibit 6 is missing page 6 from the October 11, 1995 opinion rendered by the Third District Court of Appeal in <u>People v. McLees</u>, C018509. Petitioner will be directed to provide a copy of page 6 to the court.

        In addition, petitioner's exhibit 33 contains the June 28, 2002 ruling on petitioner's amended petition by the El Dorado County Superior Court. (<u>Id.</u>) Page two of that ruling refers to Exhibits E and F which were apparently attached to the petition submitted to the El Dorado County Superior Court. (<u>Id.</u>) Although petitioner submitted a copy of the petition as Exhibit 32, there are no exhibits appended to that petition, and it is unclear whether these

---

[1] Mr. Kirkland is the current Warden of Pelican Bay State Prison and is substituted as the proper respondent pursuant to Fed. R. Civ. P. 25(d).

1

exhibits were provided elsewhere in the volumes submitted by counsel. Counsel for petitioner will be directed to either provide the court with the exhibit number or document number for the exhibits appended to the petition submitted to the El Dorado County Superior Court, if such exhibits have already been provided, clearly identifying the exhibit letter of each exhibit, as presented to the state court, or, if the exhibits have not previously been submitted, to forthwith submit copies of all of the exhibits appended to petitioner's El Dorado County Superior Court petition with the appropriate exhibit letters affixed thereto.[2]

Accordingly, IT IS HEREBY ORDERED that, within fifteen days from the date of this order, petitioner shall provide:

1. A copy of page 6 of the October 11, 1995 opinion rendered by the Third District Court of Appeal in People v. McLees, C018509 (Ex. 6); and

2. The exhibit number or document number for each exhibit appended to the petition submitted to the El Dorado County Superior Court, if such exhibits have already been provided, clearly identifying the exhibit letter of each exhibit, as presented to the state court, or, if the exhibits have not previously been submitted, to submit copies of all of the exhibits appended to petitioner's El Dorado County Superior Court petition with the appropriate exhibit letters affixed thereto.

DATED: October 9, 2007.

UNITED STATES MAGISTRATE JUDGE

/001; moye1719.fb

---

[2] The court notes that counsel for petitioner provided a declaration stating that certain documents were missing from the El Dorado Superior Court file "concerning Mr. Moyer." (Pet.'s Ex. 53.) It is not clear whether this declaration also refers to documents in Mr. McLees' file. If the exhibits appended to the petition were not provided by the court, counsel should so notify this court.