**VICTOR S. HALTOM**
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: 447-2988
e-mail: vshjah@aol.com

Attorney for Petitioner
**KENNETH R. MOYER**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH R. MOYER**, | CIV-S-03-1719 RRB JFM P |
| Petitioner, | **ORDER** |
| v. | |
| **RICHARD J. KIRKLAND**, et al., | |
| Respondents. | |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that petitioner's January 31, 2008 application for an enlargement of time until March 17, 2008, is granted. On or before March 17, 2008, petitioner shall file objections to the January 23, 2008 findings and recommendations.

DATED: February 6, 2008.

_/s/ John F. Moulds_
UNITED STATES MAGISTRATE JUDGE

/moye1719.eot