1  **VICTOR S. HALTOM**
   Attorney at Law
2  State Bar No. 155157
   428 J Street, Suite 350
3  Sacramento, CA 95814
   Telephone: (916) 444-8663
4  Facsimile: 447-2988
   *e-mail: vshjah@aol.com*
5
   Attorney for Petitioner
6  **KENNETH R. MOYER**

7

8           IN THE UNITED STATES DISTRICT COURT

9          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10 **KENNETH R. MOYER**,              )   CIV-S-03-1719 RRB JFM P
                                      )
11         Petitioner,                )   **ORDER**
                                      )
12 v.                                 )
                                      )
13 **RICHARD J. KIRKLAND**, et al.,   )
                                      )
14         Respondents.               )
   _____    )
15

16         GOOD CAUSE APPEARING,

17         IT IS HEREBY ORDERED that petitioner's second application for an

18 enlargement of time until April 7, 2008 is granted. On or before April 7, 2008, petitioner

19 shall file objections to the magistrate judge's January 23, 2008 findings and

20 recommendations. This deadline will not be extended.

21 DATE: March 26, 2008.

22

23                              _____
                                UNITED STATES MAGISTRATE JUDGE
24

25 /moye1719.eot2

26

27

28