VICTOR S. HALTOM
Attorney at Law
State Bar No. 155157
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 444-8663
Facsimile: 447-2988
e-mail: vshjah@aol.com

Attorney for Petitioner
KENNETH R. MOYER

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH R. MOYER, | ) | CIV-S-03-1719 RRB JFM P |
| Petitioner, | ) | |
| v. | ) | |
| RICHARD J. KIRKLAND, et al., | ) | ORDER |
| Respondents. | ) | |

On April 8, 2008, counsel for petitioner filed a third request for extension of time in which to file objections to this court's findings and recommendations, filed January 23, 2008. However, in this court's March 27, 2008 order, counsel was cautioned that the April 7, 2008 deadline would not be extended.

IT IS HEREBY ORDERED that petitioner's application for an enlargement of time until April 30, 2008, is denied. On or before April 23, 2008, petitioner shall file objections to the magistrate judge's findings and recommendations. No further extensions will be granted.

DATED: April 8, 2008.

UNITED STATES MAGISTRATE JUDGE

/001;moye1719.eot3